IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV 22-146-BLG-SPW-KLD<br><br>ORDER |

Plaintiff Navajo Transitional Energy Company, LLC moves for the admission of Andrew B. Kolesar III to practice before this Court in this case with John G. Crist to act as local counsel. Mr. Kolesar's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Kolesar pro hac vice is GRANTED on the condition that Mr. Kolesar shall do his own work. This means that Mr. Kolesar must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kolesar, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 19th day of January, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge