IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV 22-146-BLG-SPW-KLD<br><br>ORDER |

Defendant BNSF Railway Company (BNSF) moves for the admission of Alex Wolf to practice before this Court in this case with Anthony M. Nicastro to act as local counsel. Mr. Wolf's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Alex Wolf pro hac vice is GRANTED on the condition that Mr. Wolf shall do his own work. This means that Mr. Wolf must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Wolf, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of February, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge