IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV 22-146-BLG-SPW-KLD<br><br>ORDER |

Defendant BNSF Railway Company ("BNSF") has filed an unopposed motion for leave to file under seal its unredacted brief and certain exhibits in support of its Motion to Compel Arbitration and Dismiss all claims, pursuant to Local Rule 5.2. Accordingly, and good cause appearing,

IT IS ORDERED that BNSF's motion (Doc. 18) is GRANTED. The Clerk of Court is directed to modify the docket text to reflect that BNSF's brief and exhibits, which were lodged under seal with the Court on February 21, 2023 (Doc. 20), are hereby filed under seal.

DATED this 23rd day of February, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1