IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV 22-146-BLG-SPW-KLD<br><br>ORDER |

Plaintiff Navajo Transitional Energy Corporation has filed an unopposed motion for leave to file under seal the unredacted Affidavit of Matthew D. Babcock, including six exhibits, and an unredacted Statement of Undisputed and Disputed Facts in response to Defendant BNSF Railway Company's Motion to Compel Arbitration and Dismiss. Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 34) is GRANTED. The Clerk of Court is directed to modify the docket text to reflect that the affidavit, exhibits, and statement of undisputed and disputed facts, which were lodged under seal with the Court on March 14, 2023 (Doc. 35), are hereby filed under seal.

DATED this 15th day of March, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge