IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAVAJO TRANSITIONAL ENERGY COMPANY, LLC, | CV 22-146-BLG-SPW-KLD |
| Plaintiff, | ORDER |
| vs. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Plaintiff Navajo Transitional Energy Corporation has filed an unopposed motion for leave to file under seal its Amendment to Section F of the Preliminary Pretrial Statement, which is a June 20, 2023 Arbitration Demand that Defendant BNSF Railway Company filed with the American Arbitration Association and served upon NTEC. (Doc. 51-1). Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 50) is GRANTED. The Clerk of Court is directed to modify the docket text to reflect that Exhibit B to Doc. 49, which was lodged under seal with the Court on June 26, 2023 (Doc. 51), is hereby filed under seal.

DATED this 30th day of June, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1